JS-6

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| MICHAEL BLANCO, | ) Case No. EDCV 07-1606 RGK (AN) |
|---|---|
| Petitioner, | ) **JUDGMENT** |
| v. | ) |
| R. A. HOREL, | ) |
| Respondent. | ) |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the accompanying Memorandum and Order.

Dated: __FEB - 7 2008__, 2008

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE